No. 72–6116. Jennings *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 72–6117. Owens *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 72–6120. Counts *v.* United States; and
No. 72–6142. Elam *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 72–6121. Hull *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 72–6125. Dickson *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 72–6131. Ward *v.* United States et al. C. A. 10th Cir. Certiorari denied.

No. 72–6133. Landis *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 72–6135. Cox *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 72–6137. Guzman-Ayon *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 72–6140. Giannoni *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 72–6144. Prezzi *v.* Schelter et al. C. A. 2d Cir. Certiorari denied.

No. 72–6146. Suel *v.* Addington et al. C. A. 9th Cir. Certiorari denied.

No. 72–6148. Ratlief *v.* United States. C. A. 10th Cir. Certiorari denied.